**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 9, 2010

Clerk, U.S. Bankruptcy Court

RE: Guy P. & Christine E. Stran Sr.
    Bankruptcy Case No. 1-08-03391
    Unclaimed Funds For: GE Capital Financial
                        170 Election Rd Ste 125
                        Draper UT 84020

Dear Clerk:

Enclosed herewith please find check No.766732 for $370.51 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider
Funds Manager